**Order entered April 5, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00050-CV

### IN RE EVELYN NELKE, Relator

### Original Proceeding from the 470th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 470-51760-2018

## ORDER

We **LIFT** the stay issued by this Court on January 18, 2019.

Based on the Court's opinion of this date, we **DENY IN PART** and **CONDITIONALLY GRANT IN PART** relator's petition for writ of mandamus. We **CONDITIONALLY GRANT** the petition for writ of mandamus on the issue of the grant of possession to Christina Lilly Gropp and **ORDER** the trial judge, the Honorable Emily Miskel, to vacate the portions of the November 29, 2018 Temporary Orders appointing Christina Lilly Gropp a possessory conservator and awarding her possession of the child. We **DENY** the petition for writ of mandamus as to Christina Lilly Gropp's standing to intervene in this suit.

We further **ORDER** the trial judge to file with this Court, **within fifteen (15) days of the date of this order**, a certified copy of her order or orders issued in compliance with this order. Should the trial court fail to comply with the order, the writ will issue.

/s/ DAVID J. SCHENCK
   JUSTICE